UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCOLATE N.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No.: 22-cv-1026<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE**<br><br>[Doc. No. 2] |

　　　　On July 14, 2022, plaintiff Chocolate N. commenced this action against Kilolo Kijakazi, Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Doc. No. 1. Plaintiff also filed an Motion to Proceed with his Complaint *in forma pauperis*. Doc. Nos. 2 and 2-1.

　　　　A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The statute does not define "what constitutes insufficient assets," but "'[o]ne need not be absolutely destitute to obtain [the] benefits of the *in forma pauperis* statute.'" *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citation omitted) (alteration in original). However, a plaintiff
///

who seeks to proceed *in forma pauperis* "must allege poverty 'with some particularity, definiteness and certainty.'" *Id.* (citation omitted).

Here, plaintiff's application states that he is unemployed, his sole income is $400.00 in monthly public assistance, and he has no assets. Doc. No. 2 at 2, 5. However, plaintiff has not provided the Court with any information regarding his monthly expenditures, and the Court is therefore unable to assess whether plaintiff "cannot pay the court costs and still afford the necessities of life." *Escobedo*, 787 F.3d at 1234 (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). Therefore, the Court finds that plaintiff has not met his burden to demonstrate he lacks the financial resources to pay the filing fee.

For the above reasons, plaintiff's Motion to Proceed In Forma Pauperis [Doc. No. 2] is **DENIED WITHOUT PREJUDICE**. The Court will consider a renewed motion that corrects the above-described deficiencies.

**IT IS SO ORDERED.**

Dated:  July 22, 2022

Hon. Karen S. Crawford
United States Magistrate Judge