UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCOLATE N.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　　　　Defendant. | Case No.:  22-cv-1026-KSC<br><br>**Order on Joint Motion For Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment [Doc. No. 37]** |

　　　　Plaintiff filed this action challenging the final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Doc. No. 1. The parties jointly moved for remand under sentence for of 42 U.S.C. § 405(g). Doc No. 37 (the "Joint Motion").

　　　　Having reviewed the Complaint and the Joint Motion, the Court **GRANTS** the Joint Motion. Upon remand, the Commissioner will offer the claimant the opportunity of a hearing; offer the claimant an opportunity to submit additional evidence; reevaluate the opinions of record, as necessary, consistent with 20 C.F.R. § 416.927; if necessary, obtain new medical expert testimony; and proceed with the sequential evaluation, as warranted. Plaintiff shall receive a new decision by the Commissoner.

　　　　The Clerk of Court is **DIRECTED** to enter a final judgment in favor of plaintiff, and against defendant. The entry of judgment will begin the running of the thirty-day period for which plaintiff, as the prevailing party, may make a timely application for attorneys'

fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B); *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

**IT IS SO ORDERED**.

Dated: September 28, 2023

Hon. Karen S. Crawford
United States Magistrate Judge